UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WENDI FERGUSON SELLERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:97CV2260 FRB |
| ) | |
| MARY E. PETERS, Secretary of ) | |
| Transportation, U.S. Department ) | |
| of Transportation, et al., ) | |
| ) | |
| Defendants. ) | |

### AMENDED JUDGMENT

In accordance with the Memorandum and Order entered herewith,

**IT IS HEREBY ORDERED** that the Amended Judgment entered December 13, 2001, is **VACATED** to the extent such Amended Judgment awards plaintiff Wendi Ferguson Sellers equitable relief in the form of front pay assessed against defendant Secretary of Transportation in the amount of Six Hundred Thirty-Eight Thousand, Two Hundred Ninety-Three and 99/100 Dollars ($638,293.99).

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment be and is entered in favor of plaintiff Wendi Ferguson Sellers and against defendant Mary E. Peters, Secretary of Transportation, United States Department of Transportation, on plaintiff's claim of retaliation with equitable relief in the form of front pay assessed against defendant Mary E. Peters, Secretary of Transportation, United States Department of Transportation, in the amount of Four

Hundred Eighty-Nine Thousand, Five Hundred Forty and 00/100 Dollars ($489,540.00).

In all other respects, the Amended Judgment entered December 13, 2001, against defendant Secretary of Transportation, United States Department of Transportation, remains in full force and effect.

*Frederick R. Buckles*
UNITED STATES MAGISTRATE JUDGE

Dated this  *28th*  day of November, 2007.